# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:14 cr 05

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **MELISSA JANE LIMERICK,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to an Unopposed Motion to Continue Rule 11 Proceedings (#13) filed by counsel for Defendant. It appears from the motion that the Defendant is requesting that the Rule 11 or plea hearing scheduled in this matter for August 18, 2014 be continued and rescheduled. It appears from the motion that the Government has agreed to the motion. The undersigned finds that good cause has been shown for the granting of the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Unopposed Motion to Continue Rule 11 Proceedings (#13) is hereby **ALLOWED** and the Rule 11 or plea hearing scheduled in this matter shall be continued from August 18, 2014 to **August 20, 2014.**

Signed: August 19, 2014

Dennis L. Howell
United States Magistrate Judge