IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
2:14 CR 5

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MELISSA JANE LIMERICK, | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| DAYMARK RECOVERY SERVICES, INC., | ) |
| Garnishee. | ) |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

For the reasons stated therein and for good cause shown, the Government's Motion for Dismissal of Order of Continuing Garnishment (Doc. 50) is **GRANTED**, and the Order of Continuing Garnishment (Doc. 44) pertaining to the Garnishee named above is **TERMINATED**.

Signed: October 30, 2023

W. Carleton Metcalf
United States Magistrate Judge